IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | 6:21-PO-05008-KLD |
|---|---|
| Plaintiff, | Violation Number: FBJF004X |
| vs. | Location Code: M5<br>Disposition Code: TE |
| RANDALL G. BECKSTROM, | JUDGMENT IN A CRIMINAL CASE |
| Defendant. | |

Defendant Randall G. Beckstrom appeared before the Court for a bench trial on June 28, 2021. Defendant was found guilty of the following charge: possessing or using a motor vehicle, or motorized equipment in National Forest Wilderness except as authorized by federal law or regulation, in violation of 36 C.F.R. § 261.18A.

The Court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1. Defendant must pay a fine in the amount of $50 plus a $10 special assessment and $30 processing fee, for a total amount due of $90. Defendant must pay by check or credit card payable to "U.S. Courts – CVB" and mailed to Central Violations Bureau, P.O. Box 780549, San Antonio, TX 78278. Alternatively, Defendant may pay online at www.cvb.uscourts.gov. Payment shall be made by July 29, 2021.

Pursuant to 18 U.S.C. §§ 3402 and 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the judgment of conviction and sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, serving a copy of the statement upon the United States Attorney (personally or by mail), and filing a copy with U.S. Magistrate Judge Kathleen L. DeSoto. If Defendant appeals, Defendant will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10), at the time of filing the appeal. Defendant also will be required to furnish the District Court Judge with a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape, or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly by the clerk of court." Fed. R. Crim. P. 58(g)(2)(C).

DATED this 29th day of June, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge